## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CZAR INCORPORATED,<br><br>                    Plaintiff,<br><br>    v.<br><br>STILES MACHINERY INC., J. SCOTT CRUICKSHANK, JAMES KLOB, RSA SOLUTIONS, BILL WATTERS, MILLWORK DETAILS & TECHNOLOGY, JULIE RICHTER, JOHN DOES 1-5 (fictitious defendants), and ABC CORP. 1-5 (fictitious defendants),<br><br>                  Defendants. | Civil Action No.: 2:21-cv-03483 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that all claims made by Plaintiff, Czar Incorporated, against Defendants, Stiles Machinery Inc., J. Scott Cruickshank, James Klob, RSA Solutions, Bill Watters, Millwork Details & Technology, and Julie Richter, be and are hereby are dismissed, with prejudice, and without costs against any parties.

**CIPRIANI & WERNER, P.C.**

**FRANCIS J. LEDDY, III, ESQ.**
Attorney for Plaintiff,
Czar Incorporated

It is so ordered on this ___16th___ day of _____
___April___, 2021

Hon. Susan D. Wigenton , U.S.D.J.